# NO. 12-18-00156-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *THE STATE OF TEXAS FOR* | § | *APPEAL FROM THE* |
| *THE BEST INTEREST AND* | § | *COUNTY COURT AT LAW* |
| *PROTECTION OF J.W.P.* | § | *CHEROKEE COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, J.W.P. filed a motion for "non-suit," in which he states that he no longer wishes to pursue the appeal and asks this Court to dismiss the appeal. Accordingly, we construe the non-suit as a motion to dismiss this proceeding. The motion is signed by Appellant and his counsel. No decision has been delivered in this appeal. Thus, Appellant's motion is ***granted***, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered July 31, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 31, 2018**

**NO. 12-18-00156-CV**

**THE STATE OF TEXAS FOR THE BEST
INTEREST AND PROTECTION OF J.W.P.**

Appeal from the County Court at Law

of Cherokee County, Texas (Tr.Ct.No. 42,425)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*